

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00603-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**DHL EXPRESS (USA), INC.**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-02683
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we REVERSE the trial court's order denying the City of San Antonio's plea to the jurisdiction. We RENDER judgment dismissing all of DHL Express (USA), Inc.'s claims for want of jurisdiction.

Costs of court for this appeal are taxed against Appellee DHL Express (USA), Inc.

SIGNED January 25, 2023.

_____
Patricia O. Alvarez, Justice